**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1467**

In re: DEANDRE JOHNSON,

          Petitioner.

On Petition for Writ of Mandamus.  (2:20-cv-00474-RAJ)

Submitted:  June 29, 2021                                    Decided:  July 1, 2021

Before HARRIS, RICHARDSON, and RUSHING, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Deandre Johnson, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deandre Johnson petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2254 petition. He seeks an order from this court directing the district court to grant his unconditional release.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. *Murphy-Brown*, 907 F.3d at 795.

The relief sought by Johnson is not available by way of mandamus. The present record does not reveal undue delay or obstruction by the district court. Moreover, insofar as Johnson seeks an order directing the district court to grant substantive relief, Johnson has not demonstrated a clear right to such relief. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*